UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:  Case No:  6:20-bk-01916-GER

**FRANCESCO DANIEL BUCCIERO**

_____Debtor   /    Chapter 13

## Notice of Increase in Plan Payments

*This notice supersedes any previous notices filed*

This notice is occasioned by **a Notice of Mortgage Payment Change from The Money Source** (filed 1/27/2023). Paragraph 8 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

**THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE: March 2023**

|  | Former | New |  |
|---|---|---|---|
| Payment | $1,502.46 | $1,530.69 |  |
| Increase |  | $28.23 |  |
| Additional Trustee Fee |  | $3.14 |  |
| **Your payment to the trustee** | $1,895.00 | $1,926.37 | **(3/2023 - 3/2025)** |

If you have made one or more payments which are after the effective date of this change, you **MUST,** in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 30th day of  January,  2023.

**Debtor** - Francesco Daniel Bucciero, 5577 Yearling Drive, Titusville, FL  32780
**Attorney** - Jennifer A Englert, Orlando Law Group, 12301 Lake Underhill Rd, Ste 213, Orlando, FL  32828-4511

BY:  /S/  LAURIE K. WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com