# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

FRANCESCO DANIEL BUCCIERO

Debtor(s)

Case No. 6:20-bk-01916-GER

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Laurie K. Weatherford, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/27/2020.

2) The plan was confirmed on 12/03/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/26/2021, 10/21/2021, 07/08/2022.

4) The trustee filed action to remedy default by the debtor in performance under the plan 03/27/2023.

5) The case was Converted on 04/18/2023.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $251,644.53.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $75,486.49 |
| Less amount refunded to debtor | $152.73 |
| **NET RECEIPTS:** | **$75,333.76** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,786.25 |
| Other | $1,250.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$9,536.25** |
| Attorney fees paid and disclosed by debtor: | $1,600.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABSOLUTE RESOLUTIONS INVESTM | Unsecured | 4,802.00 | 4,696.94 | 4,696.94 | 139.30 | 0.00 |
| ALLIED FIRST BANK, SB - DBA SERV | Secured | 254,846.78 | 259,079.91 | 0.00 | 55,547.44 | 0.00 |
| ALLIED FIRST BANK, SB - DBA SERV | Secured | 0.00 | 4,350.16 | 4,350.16 | 4,350.16 | 0.00 |
| AMERICAN EXPRESS NATIONAL BA | Unsecured | 11,402.00 | 11,402.39 | 11,402.39 | 361.33 | 0.00 |
| CAVALRY SPV I, LLC | Unsecured | 6,607.00 | 6,607.15 | 6,607.15 | 209.40 | 0.00 |
| CITI | Unsecured | 6,032.39 | NA | NA | 0.00 | 0.00 |
| CITIBANK, N.A. | Unsecured | 2,962.00 | 2,962.25 | 2,962.25 | 87.86 | 0.00 |
| CITIBANK, N.A. | Unsecured | 0.00 | 2,962.25 | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 6,840.00 | 6,802.26 | 6,802.26 | 215.59 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | Unsecured | 7,720.00 | 7,720.51 | 7,720.51 | 244.69 | 0.00 |
| LAUNCH FEDERAL CREDIT UNION | Unsecured | 9,513.00 | 9,513.12 | 9,513.12 | 301.50 | 0.00 |
| LAUNCH FEDERAL CREDIT UNION | Unsecured | 1,264.00 | 1,264.14 | 1,264.14 | 38.76 | 0.00 |
| MARCUS BY GOLDMAN SACHS | Unsecured | 21,683.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, | Unsecured | 10,216.05 | 10,216.05 | 10,216.05 | 323.78 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | 1,543.00 | 1,543.80 | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Unsecured | 24,613.59 | 24,613.59 | 24,613.59 | 780.02 | 0.00 |
| THE RESERVE AT MEADOWRIDGE H | Secured | 1,843.41 | 2,696.36 | 3,486.00 | 3,033.00 | 0.00 |
| USDOE/GLELSI | Unsecured | 23,393.00 | NA | NA | 0.00 | 0.00 |
| USDOE/GLELSI | Unsecured | 10,837.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 69.43 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | 5,196.00 | 5,196.00 | 5,196.00 | 164.68 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 11,595.00 | 11,595.89 | NA | 0.00 | 0.00 |
| WELLS FARGO SERVICING CENTER | Unsecured | 19,977.00 | 19,977.70 | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $55,547.44 | $0.00 |
| Mortgage Arrearage | $4,350.16 | $4,350.16 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $3,486.00 | $3,033.00 | $0.00 |
| **TOTAL SECURED:** | **$7,836.16** | **$62,930.60** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$90,994.40** | **$2,866.91** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $9,536.25 |
| Disbursements to Creditors | $65,797.51 |
| **TOTAL DISBURSEMENTS :** | **$75,333.76** |

12) The trustee certifies that the foregoing summary is true and complete and all administ[rative] matters for which the trustee is responsible have been completed. The trustee requests that the tru[stee] be discharged and granted such relief as may be just and proper.

Dated: 05/09/2023          By: /s/ Laurie K. Weatherford
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**